Case 1:07-cr-00054-SEB-KPF   Document 220-1 (Court only)   Filed 03/24/15   Page 1 of 2 PageID #: 459

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Indiana

| | |
|---|---|
| United States of America </br> v. </br> Randey Faulkner </br> </br> Date of Original Judgment: 09/10/2008 </br> Date of Previous Amended Judgment: </br> *(Use Date of Last Amended Judgment if Any)* | ) </br> ) </br> ) Case No: 1:07CR00054-001 </br> ) USM No: 87133-008 </br> ) </br> ) Sara J. Varner </br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 112 months **is reduced to** 87 months* .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/10/2008 shall remain in effect.

**IT IS SO ORDERED**.

Order Date: 4/1/2015

Effective Date: 11/01/2015
*(if different from order date)*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana